UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JERRY GOWEN,**<br><br>Plaintiff<br><br>v.<br><br>**CITY OF RICHMOND,**<br><br>**RICHMOND FIRE DEPARTMENT,**<br><br>and<br><br>**SYLVESTER HENDERSON**<br><br>Defendants | **Case No. 3:25-cv-062** |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated by Plaintiff Jerry Gowen and Defendants City of Richmond, Richmond Fire Department, and Sylvester Henderson, through their respective counsel, that the above-captioned lawsuit shall be dismissed with prejudice as the parties have settled the dispute.

Dated July 7, 2025

Respectfully submitted,

/s/ Matthias J. Kaseorg
Matthias J. Kaseorg, Esq.
Joel T. White, Esq.
Pierce Jewett, PLLC
1111 East Main Street, Suite P120
Richmond, Virginia 23219
Tel: 804-564-2030
Fax: 757-257-0387
mkaseorg@piercejewett.com
jwhite@piercejewett.com
*Counsel for Plaintiff*

/s/ Monica Malouf
Monica Malouf, Esq.
Alphonso Simon, Esq.
Office of the City Attorney
City of Richmond
900 E. Broad St., Ste. 400
Richmond, VA 23219
Tel: 804-646-7953
Fax: 804-646-7939
monica.malouf@rva.gov
alphonso.simon@rva.gov
*Counsel for Defendants*